IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LENNEA ELIZABETH STEVENS,
a/k/a LEWIS STEVENS,
    Plaintiff,

vs.                                         Case No.: 5:14cv338/WS/EMT

FEDERAL BUREAU OF PRISONS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). By order of this court dated July 16, 2015, Plaintiff was given thirty (30) days in which to file an amended complaint (*see* doc. 20). Plaintiff failed to file an amended complaint; therefore, on August 24, 2015, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 21).[1] The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint or show cause for her failure to do so.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 28th day of September 2015.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **CHIEF UNITED STATES MAGISTRATE JUDGE**

---

[1] The docket reflects that on September 14, 2015, the court's order to show cause—which had been mailed to Plaintiff at her address of record, a BOP facility—was returned as undeliverable, with a notation of "unable to forward" (*see* doc. 22). The docket further reflects that Plaintiff has not advised the court of any change of address or her current whereabouts.

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.