IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


LENNEA ELIZABETH STEVENS,
a/k/a/ LEWIS STEVENS,

     Plaintiff,

v.                                     5:14cv338-WS/EMT

FEDERAL BUREAU OF PRISONS,
et al.,

     Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc.
23) docketed September 28, 2015.  The magistrate judge recommends that the
plaintiff's case be dismissed without prejudice for failure to comply with an order
of the court.  The plaintiff has filed no objections to the report and
recommendation and has otherwise failed to prosecute her case.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 23) is hereby ADOPTED and incorporated by reference in this order.

2.  The plaintiff's complaint and this action are DISMISSED without prejudice for failure to prosecute and to comply with an order of the court.

3.  The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   18th   day of ___November___, 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE